Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
Email: oatamoh@nevadafirm.com
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
*(Proposed) Attorneys for Debtor*

E-filed on: January 27, 2012

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

ART MIDWEST, INC.,
         Debtor.

Case No. BK-S-12-10887-LBR
Chapter 11

**MOTION TO DISMISS DUPLICATE CASE AND WAIVE FEES AND/OR REFUND FEES**

Date of Hearing:    N/A
Time of Hearing:    N/A

Judge: Hon. Linda B. Riegle

Due to an electronic filing error, two cases for this same debtor were opened within a 24-hour time period. The intent of the debtor was to only open one case. The case number first assigned was BK-S-12-10887-LBR. Debtor requests that case number BK-S-12-10887-LBR be dismissed, that the filing fee be waived, and any filing fees collected be refunded, if applicable.

PREPARED AND SUBMITTED BY:

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

_/s/ Richard F. Holley_
Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*(Proposed) Counsel for Debtor*

09482-02/848200